UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE A. ROMERO,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF ORANGE, et al.,<br><br>        Defendants. | Case No. 8:23-cv-00217-JWH-JDE<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Filipe Daniel Aguilar ("Plaintiff"); the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5); and the Report and Recommendation of the assigned magistrate judge (Dkt. 19, "Report"). Plaintiff did not file a timely objection to the Report. The Report is **APPROVED** and **ACCEPTED**. Therefore, it is hereby **ORDERED** that Judgment shall be entered **DISMISSING** Plaintiff's state law battery claim **without prejudice** and **DISMISSING** all other claims asserted in the Complaint **with prejudice**.

**IT IS SO ORDERED.**

Dated: August 21, 2023

JOHN W. HOLCOMB
United States District Judge