JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE A. ROMERO, | Case No. 8:23-cv-00217-JWH-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff's state law claim for battery is **DISMISSED without prejudice**.
2. All other claims in the Complaint are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: August 21, 2023

JOHN W. HOLCOMB
United States District Judge